IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL J. FREY,<br><br>Defendant. | CR 24–23–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 48.) Defendant Daniel J. Frey has been adjudged guilty as charged in Count 1 of the Indictment and has admitted to its forfeiture allegation. Frey's guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(1)(11).

Accordingly, IT IS ORDERED that the Motion (Doc. 48) is GRANTED:

IT IS FURTHER ORDERED that Frey's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2); and 21 U.S.C. § 881(1)(11):

- Sig Sauer pistol, SN 58J094188;
- Sig Sauer pistol, SN 66B132037;
- Taurus PT24/7 Pro 45mm pistol, SN NAO54193;
- Glock 19 9mm pistol, SN BRWU499;

1

- AR Rifle, SN 858-13705;
- Aero Precision M4-EI Rifle, SN M4-0356232;
- Ruger Security-9 9mm pistol, SN 381-75314;
- Savage Axis 6.5 Creedmoor rifle, SN P024653; and
- Miscellaneous ammunition, accessories, and firearms components.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(1)(11) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 20th day of February, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

2